```
McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
ANTHONY D. STORM
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2810
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            ) <br>       Plaintiff,       )<br>            )<br>    v.      )<br>            )<br>CHARLES S. URMSTON,   )<br>WILLIAM C. URMSTON, and   )<br>MATTHEW R. PERDONI,   )<br>            )<br>       Defendants.   )<br>_____ ) | Mag. No. S-08-359-KJM<br><br><br><br>Government's Motion to Dismiss<br>Information; Order<br><br><br>Date:  December 15, 2008<br>Time:  10:00 a.m.<br>Judge: Hon. Kimberly J. Mueller |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing Criminal Case Number S-08-359-KJM.

Dated: December 2, 2008                McGREGOR SCOTT
                                       United States Attorney


                                       By: /s/ S. Robert Tice-Raskin
                                           S. ROBERT TICE-RASKIN
                                           Assistant U.S. Attorney

                        O R D E R

IT IS SO ORDERED.

DATED: December 2, 2008

                                       _____
                                       U.S. MAGISTRATE JUDGE

1